Alan Ruddy, Esq., Assistant County Counsel
Attorney ID#002411975
Office of the Essex County Counsel
Hall of Records, Room 535, 465 Dr. Martin Luther King, Jr., Blvd., Newark, NJ 07102
(973) 621-5021
(Attorney for Defendant, County of Essex, improperly pled as Essex County Correctional Facility and Essex County Department of Corrections)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## (NEWARK)

|  |  |
|---|---|
| JOSE VELLON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ESSEX, ESSEX COUNTY DEPARTMENT OF CORRECTIONS, ESSEX COUNTY CORRECTIONAL FACILITY, ALFARO ORTIZ, WILLIAM ANDERSON, GUY CIRILLO, SERGEANT NICHOLS, and/or JOHN DOE 1-100 (fictitious names representing unknown individuals, and ABC Company 1-100 (fictitious names representing unknown entities).<br><br>　　　Defendants. | Civil Action No.<br>Removed from:<br><br>SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO. ESX-L-4592-21<br><br>Civil Action<br><br>**NOTICE OF FILING PETITION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY FOR REMOVAL 28 U.S.C. §1446(d)** |

To:   Clerk of the United States District Court
　　　District of New Jersey
　　　Martin Luther King Jr. Courthouse
　　　50 Walnut Street
　　　Newark, NJ  07101

On Notice to:   Clerk, Essex County Superior Court
                Civil Action Division
                Veterans Courthouse – Room 131
                Newark, NJ  07102

                Daniel T. Dalena, Esq.
                Javerbaum, Wurgaft, Hicks, Kahn,
                  Wikstrom & Sinins, P.C.
                201 Washington Street
                Newark, NJ  07102
                (Attorney for Plaintiff)


SIR/MADAM:

   PLEASE TAKE NOTICE that the defendant, County of Essex, improperly pled as Essex County Correctional Facility and Essex County Department of Corrections, on this 30th day of June 2021 filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the District of New Jersey, to remove the above-captioned matter from the Superior Court of New Jersey, Essex County, to the United States District Court for the District Court of New Jersey.

   You are also advised that the defendants, upon filing of said Notice of Removal, filed a copy of the Notice with all counsel of whom defendants have notice has filed pleadings in this case.

                                        Courtney M. Gaccione
                                        Essex County Counsel
                                        (Attorney for defendant,
                                        County of Essex)

                                        *s/Alan Ruddy*
                                        Alan Ruddy
                                        Assistant County Counsel

Dated:  June 30, 2021

## CERTIFICATION OF SERVICE

I hereby certify that the original of the Notice of Petition to the Clerk of the United States District for the District of New Jersey for the Removal and the Notice of Removal were filed with Clerk of the United States District Court for the District of New Jersey, Newark Vicinage, and the Clerk of the Essex County Superior Court of New Jersey, Civil Division, and counsel of record within the time prescribed by the rules of Court.

*s/Alan Ruddy*
Alan Ruddy
Assistant County Counsel

Dated:  June 30, 2021