

# OFFICE OF THE COUNTY COUNSEL

Hall of Records, Room 535, Newark, New Jersey 07102
973.621.5003   ---   973.621.4599 (Fax)
www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

**Courtney M. Gaccione**
Essex County Counsel

January 19, 2022

Hon. James B. Clark, U.S.M.J.
United States District Court
King Federal Building & Courthouse
50 Walnut Street, Room 5076
Newark, NJ  07102

    Re:  Vellon, Jose v. County of Essex, et al.
           Civil Action No. 2:21-cv-13384

Dear Judge Clark:

    Today the Court adjourned an initial conference in this matter from January 27, 2022, to February 4, 2022.

    On February 4, 2022, I am scheduled to appear at a Mediation in a potential multi-million-dollar case with multiple parties involved and a retired judge retained.  Therefore, we respectfully request the Court adjourn the February 4, 2022, court date.

                                      Respectfully submitted,

                                      *s/Alan Ruddy*
                                      Alan Ruddy
                                      Assistant County Counsel
                                      (973) 621-5021

AR/gs
cc/all counsel