**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

February 14, 2024

**LETTER ORDER**

Re:   **Vellon v. County of Essex**
      **Civil Action No. 21-13384 (ES)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court will conduct a telephone status conference with the parties on **April 3, 2024 at 12:00 P.M.** Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                                        s/ James B. Clark, III
                                                      **JAMES B. CLARK, III**
                                                      **United States Magistrate Judge**